IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02470-BNB

ANDRE J. TWITTY,

    Applicant,

v.

RONNIE WILEY,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 30 2008

GREGORY C. LANGHAM
                         CLERK

## ORDER OF DISMISSAL

Applicant, Andre J. Twitty, submitted *pro se* a document titled "Motion for Writ of Habeas Corpus, Injunctive, Prospective and Declaratory Relief, Brief in Support." As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court determined that the submitted document was deficient. Notwithstanding the deficiencies, on November 13, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action.

In the November 13, 2008, order, Magistrate Judge Boland also directed Mr. Twitty to cure certain enumerated deficiencies if he wished to pursue his claims. He specifically was directed to submit within thirty days a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action or to pay the $5.00 filing fee, and to submit an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 on the proper, Court-approved form. The order warned Mr. Twitty that if he failed to cure the designated deficiencies within thirty days, the document

titled "Motion for Writ of Habeas Corpus, Injunctive, Prospective and Declaratory Relief, Brief in Support" and the action would be dismissed without prejudice and without further notice.

Mr. Twitty has failed within the time allowed to cure the designated deficiencies or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the document titled "Motion for Writ of Habeas Corpus, Injunctive, Prospective and Declaratory Relief, Brief in Support" is denied, and the action is dismissed without prejudice for failure to cure.

DATED at Denver, Colorado, this 30 day of December, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02470-BNB

Andre J. Twitty
Reg. No. 18558-018
ADX – Florence
PO Box 8500
Florence, CO 81226-8500

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12/30/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk